# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | )|
|---|---|
| Henry Floyd Gilchrist | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 7:09-1959-HFF |
| | ) |
| William Herbert Rice | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☐ other:

.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge    Henry F. Floyd    on a R&R dismissing this case without prejudice and without service and issuance of process.

.

Date:  August 31, 2009                                                                 *CLERK OF COURT*


                                                                                        **s/Angela Lewis**

                                                                                        *Signature of Clerk or Deputy Clerk*